# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 23, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 01-00504HG |
| CASE NAME: | U.S.A. vs. ADAM MORALES SANBORN |
| ATTYS FOR PLA: | Thomas C. Koenig |
| ATTYS FOR DEFT: | Alexander M. Silvert |
| U.S.P.O.: | Jonathan K. Skedeleski |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | January 23, 2006 | TIME: | 1:30 - 1:45 |

COURT ACTION:  FURTHER HEARING ON ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present not in custody.

Mr. Silvert apprised the Court that the defendant has been at Mahoney Hale since November 28, 2005 and is scheduled to be discharged on May 26, 2006.  The defendant attends NA/AA meetings four times a week and Intensive Out-Patient drug treatment meeting once a week.  He is presently drug free.  The defendant is scheduled to start his employment with Roberts-Hawaii on February 6, 2006

The following additional condition of supervised release, which the defendant has agreed to, is ordered:

> That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision.

The defendant addressed the Court.

Further hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked is continued to May 8, 2006 @ 2:45 p.m.

Submitted by: David H. Hisashima, Courtroom Manager

cc:  Thomas C. Koenig, Esq.
     Alexander M. Silvert, Esq.
     U.S.P.O. Jonathan K. Skedeleski

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 23, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 01-00504HG |
| CASE NAME: | U.S.A. vs. ADAM MORALES SANBORN |
| ATTYS FOR PLA: | Thomas C. Koenig |
| ATTYS FOR DEFT: | Alexander M. Silvert |
| U.S.P.O.: | Jonathan K. Skedeleski |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | January 23, 2006 | TIME: | 1:30 - 1:45 |

COURT ACTION:  FURTHER HEARING ON ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present not in custody.

Mr. Silvert apprised the Court that the defendant has been at Mahoney Hale since November 28, 2005 and is scheduled to be discharged on May 26, 2006.  The defendant attends NA/AA meetings four times a week and Intensive Out-Patient drug treatment meeting once a week.  He is presently drug free.  The defendant is scheduled to start his employment with Roberts-Hawaii on February 6, 2006

The following additional condition of supervised release, which the defendant has agreed to, is ordered:

> That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision.

The defendant addressed the Court.

Further hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked is continued to May 8, 2006 @ 2:45 p.m.

Submitted by: David H. Hisashima, Courtroom Manager

cc:   Thomas C. Koenig, Esq.
      Alexander M. Silvert, Esq.
      U.S.P.O. Jonathan K. Skedeleski