# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 15, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 01-00504HG |
| CASE NAME: | U.S.A. vs. ADAM MORALES SANBORN |
| ATTYS FOR PLA: | Thomas C. Koenig |
| ATTYS FOR DEFT: | Alexander M. Silvert |
| U.S.P.O.: | Jonathan K. Skedeleski |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | May 15, 2006 | TIME: | 2:45 - 3:00 |

COURT ACTION:  FURTHER HEARING ON ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present.

Mr. Silvert informed to Court that the defendant has 10 days of community confinement remaining at Mahoney Hale, that he is presently employed by Roberts Hawaii Tours, and that he has rented an apartment that will be available today.

The Court ordered that the community confinement at Mahoney Hale be terminated.

The Court will take no further action on the Order to Show Cause Why Supervised Release Should Not Be Revoked.

Submitted by: David H. Hisashima, Courtroom Manager

cc:   Thomas C. Koenig, Esq.
    Alexander M. Silvert, Esq.
    U.S.P.O. Jonathan K. Skedeleski