# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

October 16, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 01-00504HG

CASE NAME:        UNITED STATES OF AMERICA v. ADAM MORALES
                  SANBORN

ATTYS FOR PLA:    Thomas C. Koenig, Esq.


ATTYS FOR DEFT:   Alexander M. Silvert, AFPD

U.S.P.O.:         Jonathan K. Skedeleski

---

JUDGE:    Helen Gillmor          REPORTER:    Stephen Platt

DATE:     October 16, 2006       TIME:        2:45 - 3:00

---

COURT ACTION:       ORDER TO SHOW CAUSE WHY SUPERVISED
                    RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admitted to Violation Nos. 1, 2, 3, 4, 6, and 7. The defendant denied to Violation No. 5.

The government withdrew Violation No. 5.

The Court finds that this is a Grade C violation, Criminal History Category IV.

Allocution by the defendant.

Supervised Release is REVOKED.

ADJUDGED:   Impr of 16 MONTHS.
Supervised Release not imposed.

Advised of rights to appeal the sentences, etc.

Submitted by: Mary Rose Feria, Courtroom Manager