APPD Fin

AO 245D     (Rev. 12/03)  Sheet 1 - Judgment in a Criminal Case for Revocation



ORIGINAL

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 3 1 2006

at __1__ o'clock and __30__ min. __P__ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ADAM MORALES SANBORN**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number:  1:01CR00504HG<br>USM Number:  09003-097<br>Alexander M. Silvert, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of General Condition, Standard Condition Nos. 3, 6 and 7, and Special Condition Nos. 1, 2 and 8, of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

   The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  0447

Defendant's Residence Address:
**Honolulu, Hawaii**

Defendant's Mailing Address:
**Honolulu, Hawaii**

October 16, 2006
Date of Imposition of Sentence

_/s/_ Signature of Judicial Officer

**HELEN GILLMOR**, Chief United States District Judge
Name & Title of Judicial Officer

10-29-06
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 1:01CR00504HG | Judgment - Page 2 of 3 |
| DEFENDANT: | ADAM MORALES SANBORN | |

### ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | On 10/12/2005, the subject was terminated from the SAARC for violating rules of the program. | |
| 2 | On 10/12/2005, the subject failed to notify the probation officer ten days prior to a change in residence. | |
| 3 | On 9/11/2006, the subject refused to comply with drug testing. | |
| 4 | On 9/27/2006, the subject submitted a urine specimen that tested positive for marijuana. | |
| 6 | On 10/03/2006, the subject failed to answer truthfully inquiries of the Probation Officer. | |
| 7 | In September 2006, the subject consumed alcohol. | |

Case 1:01-cr-00504-HG    Document 41    Filed 10/31/2006    Page 2 of 3

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

Judgment - Page 2 of 3

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:01CR00504HG | Judgment - Page 3 of 3 |
| DEFENDANT: | ADAM MORALES SANBORN | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 16 MONTHS.

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                          _____
                                                          UNITED STATES MARSHAL

                                                      By  _____
                                                          Deputy U.S. Marshal